In the Matter of the Arbitration between WESTERN ELECTRIC COMPANY, INCORPORATED, Respondent, and COMMUNICATIONS WORKERS OF AMERICA, Appellant.

Argued April 16, 1952; decided May 29, 1952.

*Henry Mayer* and *Abraham Weiner* for appellant.

*William J. Butler, Robert A. Levitt* and *Allen S. Wilder* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FROESSEL, JJ. Dissenting: FULD, J.